# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence  **Category No.** II  **Investigating Agency** ICE-ERO
**City** Lawrence
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Name:** Jose Alberto Tejeda Turbi    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** WESTERN-ALEJANDRO, LUIS E; CHILLIN, CHILLIN; NEGRON, MORENO; SANCHEZ LDESMA, JULIO; TURBI, JOSE ADELBERTO TEJEDA; SOTO DIAZ, MANUEL

**Address:** 145 Franklin Street, Lynn, Massachusetts 01904

**Birth date (Yr only):** 1979  **SSN (last 4#):** ____  **Sex:** M  **Race:** Hispanic  **Nationality:** Dominican Republic

**Defense Counsel if known:** Joan M. Griffin  **Address:** PO Box 133
**Bar Number:** 549522    Dublin, New Hampshire 03444

**U.S. Attorney Information**
**AUSA:** Brad A. Rocheville    **Bar Number if applicable:** 707663

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Essex County House of Correction   ☑ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/22/2026    **Signature of AUSA:** /s/ Brad Rocheville

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 8 U.S.C 1326(a) and (b)(2) | Unlawful Re-entry | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**